**AO 440 (Rev. 06/12) Summons in a Civil Action**

# UNITED STATES DISTRICT COURT

*for the*

## District of Columbia

| | |
|---|---|
| **DEIDRE Y. KELLY, *Plaintiff,* v. ERIC UELAND, Acting Administrator, United States Agency for International Development (USAID), in his official capacity, *Defendant.*** | **Civil Action No. ___________** |

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

Eric Ueland, Acting Administrator
United States Agency for International Development (USAID)
1300 Pennsylvania Avenue NW
Washington, DC 20523

**AND**

United States Attorney for the District of Columbia
United States Attorney's Office
601 D Street NW
Washington, DC 20530

**AND**

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*[Service on all three is required under Fed. R. Civ. P. 4(i) when suing a United States agency or officer in official capacity.]*

## VI. CAUSE OF ACTION

**Cite the U.S. Civil Statute under which you are filing:**

5 U.S.C. § 552; 5 U.S.C. § 552a

**Brief description of cause:**

This action seeks judicial review under the Freedom of Information Act and the Privacy Act. Plaintiff challenges USAID-OIG's failure to conduct an adequate search for records, failure to produce responsive agency records, and improper withholding of personnel-related documents requested on December 18, 2025. Plaintiff seeks disclosure of all non-exempt records, a lawful search, and relief under 5 U.S.C. § 552 and 5 U.S.C. § 552a.

## VII. REQUESTED IN COMPLAINT

**Check YES only if demanded in complaint:**

CLASS ACTION under FRCP 23: [ ] Yes [X] No

**DEMAND $:** Compensatory damages, back pay, front pay, equitable relief, and attorney's fees as permitted by law

**JURY DEMAND:** [ ] Plaintiff [ ] Defendant [X] No

*[Note: Federal-sector Title VII and Rehabilitation Act claims are tried to the bench. Privacy Act damages claims may support a jury demand — consult local rules if a jury trial is desired on that count.]*

## VIII. RELATED CASE(S) IF ANY

**Judge:** **Docket Number:**

**Date:**
**05/26/2026**

**Signature of Attorney of Record:**

Deidre Y. Kelly

**Deidre Y. Kelly,** *Pro Se*

*Brackets [ ] indicate fields requiring the filer's personal information before submission. Complete all bracketed fields before filing.*

## CLERK OF COURT

Date: ____________________________

Signature of Clerk or Deputy Clerk:

---

**AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)**

Civil Action No. __________________________

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*.

☐ I personally served the summons on the individual at *(place)*
on *(date)*; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there,
on *(date)*, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*,
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*; or

☐ I returned the summons unexecuted because; or

☐ Other *(specify)*:

My fees are $_______________ for travel and $_________________ for services, for a total of $_______________.

**I declare under penalty of perjury that this information is true.**

Date: ____________________________

Server's signature: ____________________________________________

Printed name and title: _________________________________________

Server's address: _______________________________________________

Additional information regarding attempted service, etc.:

*Brackets [ ] indicate fields requiring personal information or court clerk completion before submission. This summons must be signed and sealed by the Clerk of Court upon filing.*

---

***IMPORTANT PRACTICE NOTES***

***Practice Notes for Pro Se Filer:***

1. Under Fed. R. Civ. P. 4(i), when suing a U.S. agency, you must serve: (a) the United States Attorney for the district where the action is brought (D.D.C.), (b) the Attorney General of the United States, and (c) the agency (USAID).
2. The response deadline is 60 days (not 21 days) when the United States or its agency is the defendant.
3. The Clerk of Court will sign and seal the summons upon filing of the complaint.
4. You may request the U.S. Marshals Service to effect service at no cost if proceeding *in forma pauperis* under 28 U.S.C. § 1915.